IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EVALOIS BROWN,

    Plaintiff,

v.                                                    Case No. 4:18cv419-MW/CAS

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 4, is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED** on November 2, 2018.

                                                    **s/ MARK E. WALKER**
                                                  **Chief United States District Judge**